UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HANDSOME PETER PARKER,            **INDICTMENT**

        Defendant.

_____/

The Grand Jury charges:

(Possession of Cocaine Base with Intent to Distribute)

On or about January 14, 2016, in Muskegon County, in the Southern Division of the Western District of Michigan, the defendant,

**HANDSOME PETER PARKER,**

did knowingly and intentionally possess with intent to distribute a quantity of cocaine base (crack cocaine), a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

        A TRUE BILL

        _____
        GRAND JURY FOREPERSON

PATRICK A. MILES, JR.
United States Attorney

_____
JOEL S. FAUSON
Assistant United States Attorney