UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HANDSOME PETER PARKER,

    Defendant.
    _____/

Case No: 1:16-cr-35

HON. JANET T. NEFF

**ORDER**

Pending before the Court is Defendant's *pro se* Motion for Compassionate Release (ECF No. 69). This is Defendant's second such request. His previous motion for compassionate release was denied on July 22, 2020 (ECF No. 62). In December 2020, the Court also denied Defendant's motion for reconsideration of the July order (ECF No. 67). The Court will require the government to respond to the instant motion. Accordingly:

**IT IS HEREBY ORDERED** that the government shall, not later than September 1, 2021, file a response to the motion (ECF No. 69).

Dated: August 18, 2021

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge