Hon. Janet Neff

Handsome Parker
20965040

## Motion to unseal federal dockets

I am requesting a order to unseal everything on the dockett for purposes of close friend/br helping me with federal case. I had requested in 2016 for case to be concealed due to not being comfortable knowing all my information and people being able to know were my family stay. Now close friend need to be able to access pacer to help me with compassionate Compassionate release. Thank you for your time Your Honor

Handsome Parker

20965040

5-29-24

1:16-cr-00035-JTN-1

FILED (GR)
U.S. District Court Clerk
JUN 07 2024
JW
6-11-24
scanned

Handsome Parker 20965040
Federal correctional institution - memphis
Po box 34550
Memphis, Tennesse 38184

MEMPHIS TN 380
3 JUN 2024 PM 1 L



Western district of michigan
Federal courthouse

Hon. Janet t. Neff
110 michigan st
Building 399
Grandrapids, michigan 49503



RECEIVED (GR)
U.S. District Court Clerk
JUN 07 2024
Western Michigan

49503-230099